IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITUDE INNOVATIONS LLC,<br><br>    Plaintiff,<br>  v.<br><br>NOKIA CORPORATION, ET AL.,<br><br>    Defendants. | CIVIL ACTION NO. 1:11−CV−01195−LPS |

## **STIPULATION OF DISMISSAL**

Plaintiff, Digitude Innovations, LLC ("Digitude"), and Defendants Nokia Corporation and Nokia, Inc. ("Nokia"), through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action is dismissed with prejudice with each party to bear its own costs.

Dated: May 14, 2012

| | |
|---|---|
| */s/ Edmond D. Johnson* | */s/ Brian E. Farnan* |
| Edmond D. Johnson (Del. Bar No. 2257) | Brian E. Farnan (Del. Bar No. 4089) |
| Pepper Hamilton LLP | Farnan LLP |
| Hercules Plaza, Suite 5100 | 919 North Market Street |
| 1313 N. Market Street | 12th Floor |
| P.O. Box 1709 | Wilmington, DE 19801 |
| Wilmington, Delaware 19899-1709 | (302) 777-0300 |
| (302) 777-6500 | Fax: (302) 777-0301 |
| Fax: (302) 421-8390 | *bfarnan@farnanlaw.com* |
| *johnsone@pepperlaw.com* | |
| | *Attorney for Defendants Nokia Corporation* |
| *Attorney for Plaintiff* | *and Nokia, Inc.* |
| *Digitude Innovations LLC* | |